**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00997-CR
No. 05-18-00998-CR

**RICHARD LEON GOFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-58936-U & F17-71049-U**

## ORDER

Before the Court is appellant's December 3, 2018 motion to supplement the clerk's records in these appeals. We **GRANT** the motion.

We **ORDER** the Dallas County District Clerk to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record in each appeal containing:

- appellant's judicial confession and plea paperwork;

- the trial court's complete docket sheet;

- the Discovery and Notice Pursuant to CCP 39.14, "Defendant's Acknowledgement of Discovery Rights Under Art 39.14, Tx Code of Criminal Procedure;" and

- appellant's designation of the record on appeal and request for the reporter's record.

*See* TEX. R. APP. P. 34.5(a).

Although appellant also requested the supplemental clerk's records contain the trial court's certification of his right to appeal, we note that a supplemental clerk's record containing that document was filed in each appeal on December 4, 2018.


/s/  CRAIG STODDART
     JUSTICE